| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | Julie E. Schwartz (State Bar No. 260624) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  +1.415.954.0200 |
| | Facsimile:  +1.415.393.9887 |
| 5 | Email:   mgoodman@ssd.com |
| | Email:   dgabianelli@ssd.com |
| 6 | Email:   jeschwartz@ssd.com |

Attorneys for Defendants
BAYER CORPORATION, BAYER HEALTHCARE
PHARMACEUTICALS INC., BAYER HEALTHCARE
LLC, and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET RENEE TANNER and RUSSELL TANNER, | No. C 09-01558 SBA |
| | **Related Cases** |
| Plaintiffs, | |
| vs. | |
| BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER HEALTHCARE, LLC; BERLEX LABORATORIES INTERNATIONAL, INC.; BAYER SCHERING PHARMA AG; BAYER AG; SCHERING AG; MCKESSON CORPORATION; and DOES 1-50 | |
| Defendants. | |
| STEPHANIE D. IVEY, | No. C 09-01904 SBA |
| Plaintiff, | |
| vs. | |
| BAYER CORPORATION, et al. | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | DAWN VOSS, | No. C 09-01905 SBA |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | BAYER CORPORATION, et al. | |
| 5 | Defendants. | |
| 6 | TAMERA JIRBI, | No. C 09-02416 SBA |
| 7 | Plaintiff, | |
| 8 | vs. | |
| 9 | BAYER CORPORATION, et al. | |
| 10 | Defendants. | |
| 11 | BIEANCA WHITE, | No. C 09-02417 SBA |
| 12 | Plaintiff, | |
| 13 | vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE MANAGEMENT DEADLINES** |
| 14 | BAYER CORPORATION, et al. | |
| 15 | Defendants. | |

WHEREAS, the parties are currently in the process of gathering information, and the Initial Case Management Conference has been continued from July 22, 2009 until **September 10, 2009,** the parties stipulate to extend the following case deadlines and seek the Court's approval of the same as follows:

1. The Joint Case Management Statement currently scheduled to be submitted on July 15, 2009 shall be completed and submitted no later than **August 3, 2009**.

2. The Rule 26(f) Report currently scheduled to be submitted on July 15, 2009 shall be completed and submitted no later than **August 3, 2009**.

3. The Initial Disclosures currently scheduled to be submitted on July 15, 2009 shall be completed and submitted no later than **August 3, 2009**.

IT IS SO STIPULATED.

Dated: July 14, 2009                         SQUIRE, SANDERS & DEMPSEY L.L.P.

By:   */s/ David A. Gabianelli*
      David A. Gabianelli

Attorneys for Defendants
BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER HEALTHCARE LLC, and MCKESSON CORPORATION

Dated: July 14, 2009                         PHILLIPS & ASSOCIATES

By:   */s/ Lowell Finson*
      Lowell Finson

Attorneys for Plaintiffs
BRIDGET RENEE TANNER and RUSSELL TANNER

Pursuant to the Stipulation, **IT IS SO ORDERED.**

DATED: July 15, 2009

SAUNDRA B. ARMSTRONG
United States District Court Judge